# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18-05044-01-CR-SW-SRB |
| JEREMY LYNN ORR, | ) ) | |
| Defendant. | ) ) | |

### ORDER

Before the Court is Defendant's *pro se* motion to withdraw plea of guilty filed without the assistance of his attorney. (Doc. 44.) On November 16, 2018, the Court entered a Scheduling and Trial Order, specifically instructing that pro se filings will not be accepted by defendants who are represented by counsel. (Doc. 12, § VI). Further, the Court is not obligated to address *pro se* motions filed by defendants who are represented by counsel. *See United States v. Tollefson,* 853 F.3d 481, 485 (8th Cir. 2017), *citing Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001). Because the Court has appointed counsel in this matter, the motion is **DENIED without prejudice**. Any request of the Court must be raised by and through Defendant's attorney.

IT IS SO ORDERED.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE:  September 25, 2019